PS 42
(2/98)

# United States District Court

RECEIVED
PROBATION OFFICE

JUN 10 2005

## WESTERN DISTRICT OF NORTH CAROLINA

**FILED**
ASHEVILLE, N. C.

JUN 13 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

United States of America )
)
vs )
)
Stephanie Lynn Ferrara )

Case No. 2:04CR93-3

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Stephanie Lynn Ferrara, have discussed with Eric G. Simpson, Probation Officer, modification of my release as follows:

That the condition of curfew with electronic monitoring services be removed as a condition of bond. Defendant has done satisfactory thus far and exhibits a positive attitude.

I consent to this modification of my release conditions and agree to abide by this modification.

*Stephanie Lynn Ferrara*     6-9-05
Signature of Defendant        Date

This Modification Order has been discussed with AUSA Jill W. Rose, and he/she concurs with my recommendation.

_____     6-9-05
USPO Eric G. Simpson          Date

Reviewed and Approved: *Elisabeth F E*    6/9/05
SUSPO Elisabeth F. Ervin                  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on June 9, 2005.

[ ] The above modification of release is not ordered.

*Dennis Lee Howell*           June 9, 2005
Dennis Lee Howell              Date
U.S. Magistrate Judge

cc: AUSA Rose    Defendant    Defense Attorney    PSI Officer
                              Ronald Patterson    Burton


RECEIVED
JUN - 9 2005